United States Courts
Southern District of Texas
FILED

SEP 1 2 2012

David J. Bradley, Clerk of Court

Plaintiff: Walter Robeson

Defendant: Rusk State Hospital · Medical Records
Dr. Rodriguez                903-683-3421
Dr. Guidry
Dr. Hawkins
Dr. Holland

Walter Roberts

vs.

Dr. Rodriquez
Dr. Guidry                Cause #
Dr. Hawkins
Dr. Holland

In The
United States
District Court
Honorable Judge

## Original Petition
## Overcharging And Overbilling For Medical Services

### I.

My complaint I address and post is against the providers of services overcharging and overbilling for medical services. After patients discharge ready the medical professionals come up with bogus reasons to have patient treated for more services just to bilk the insurance industry and/or state; or state backed medicaid-program. The doctors are influencing the judges to recommit the patient to earn extra bonuses in the executive range, patients rights are being violated and the law is being broken. Quality monitoring of this must go underway because for some odd reason it has gone undetected for quite for some while. Upon reviewing the patients files you'll find no clinical reason to overcharge and overbill for services, only to bilk the ca-

trier

## II.

The nature of this suit is an class action; and, were the relief being sought is competent discharge. The dollar amount of this suit is six hundred million dollars to compensate every individual party and/or group of plaintiffs that came victim to this scam.

## III.

This suit does not limit or exclude the amount of service providers/doctors that participated in this act.

_____
Judge Presiding

# FILING COMPLAINTS, GRIEVANCES OR EXPRESSING CONCERNS

If you believe any of your rights have been violated or you have other questions, concerns, or complaints about your rights or your care, you may contact one or more of the following:

Si usted cree que sus derechos han sido violados o si tiene alguna otra pregunta, acerca de sus derechos o su cuidado, usted puede llamar a uno o más de los siguientes lugares:

### Rusk State Hospital Client Rights Office — (903) 683-7682
Oficina de Derechos del Hospital del Estado de Rusk — P.O. Box 318, Rusk, Texas 75785

You may file a grievance with the Rusk State Hospital Client Rights Office. Simply call or write. You may also notify a staff member that you wish to contact Client Rights, and that staff member will contact the office for you. The Client Rights Office will conduct an investigation and provide you with a written response within 28 days.

Usted puede enviar su queja a la Oficina de Derechos del Hospital del Estado de Rusk ya sea por escrito o llamando. Usted también puede pedir a un empleado que lo comunique a la Oficina de Derechos de los Pacientes, este empleado deberá hacer la llamada por usted. La oficina de Derechos de los Pacientes hará una investigación y le enviará una carta escrita con el resultado de la investigación dentro de un período de 28 días.

### Department of State Health Services — 1-800-252-8154
### Office of Consumer Services & Rights Protection
Departamento de Servicios de Salud del Estado
Oficina de Servicios de Proteccion de Derechos — Mail Code 2019, 909 W. 45th Street, Austin, TX 78751

You may call the rights protection office for the Department of State Health Services, which is the parent agency for Rusk State Hospital.

Usted puede llamar a la oficina de protección de derechos para el Departamento de Servicios de Salud del Estado, el cual es la agencia a cargo de Rusk State Hospital.

### Disability Rights Texas (Advocacy, Inc.) — 1-800-252-9108 (voice & TDD)
Derechos de Discapacidad Texas (Advocacy, Inc.) — 7800 Shoal Creek Blvd., Suite 171-E, Austin, TX 78757

Disability Rights Texas (Advocacy, Inc.). is a federally mandated agency which is independent of DSHS and whose purpose is to protect and speak up for your rights.

Derechos de Discapacidad Texas (Advocacy, Inc.) es una agencia federal independiente de DSHS y su propósito es el de proteger y defender los derechos suyos.

### Texas Facility Licensure and Certification Division of Department of State Health Services — 1-888-973-0022
División de Licenciatura y Certificación de Servicios de Salud Del Estado de Texas — 1100 W. 49th Street, Austin, Texas 78711-2668

You may lodge a grievance directly with the Texas Facility Licensure and Certification Division of the Texas Department of Health, regardless of whether you have first used the hospital grievance process.

Usted puede enviar su queja directamente a la Division de Licenciatura y Certificación de Salud del Estado de Texas aUn cuando usted ya haya procesado su queja en el hospital.

### The Joint Commission — 1-800-994-6610
Office of Quality Monitoring
El Grupo de Comisionados
La Oficina de Control de Calidad — One Renaissance Boulevard, Oakbrook Terrace, IL 60181

If you have any concerns about patient care and safety in the hospital, that the hospital has not addressed, you are encouraged to contact the hospital's management. If the concerns cannot be resolved through the hospital, you are encouraged by the hospital to contact the Joint Commission.

Si usted tiene alguna pregunta acerca del cuidado y seguridad del hospital, que éste hospital no ha resuelto, se le anima para que se communique con el encargado del hospital. Si todavia usted no queda satisfecho, se le anima que se communique al Grupo de Comisionados arriba mencionado.

| PROTECTION OF YOUR PERSONAL HEALTH INFORMATION | PROTECCION DE SU INFORMACION MEDICA PERSONAL |
|---|---|
| DSHS protects your personal health information by observing all privacy laws including HIPAA (the Health Insurance Portability and Accountability Act of 1996) | DSHS proteje su información médica personal observando todas las leyes de privacidad incluyendo HIPAA (la Ley de Responsabilidad y Traslado de Seguro Médico de 1996) |
| **Our Duties:** | **Nuestras Responsabilidades:** |
| To safeguard your health information and keep it private. To ask for your written permission to use or share your health information, unless the law allows us to do so without your permission. To give you a copy of our Notice of Privacy Practices, which describes the ways in which we may use or share your health information and explains your rights. | Proteger su infortmación médica y mantenerla en privado. Pedir por escrito su permiso para usar ó compartir su información de salúd, a menos que la ley nos permita hacerlo sin su permiso. Obtener una copia de nuestro Aviso de las Normas de Privacidad, el cual describe las formas de como podemos usar su información médica y explicar sus derechos. |
| **Your Rights:** | **Sus Derechos:** |
| To have access to the health information DSHS has about you. To ask us to correct information in your records if it is incorrect. To get a list of non-routine disclosures of your health information. To ask us to limit some of the ways we use or share your health information. To ask us to contact you at a different place or in some other way. To complain if you believe DSHS has violated your privacy rights. | A acceso a la información médica que DSHS tiene de usted. A pedir que se corrija información en su expediente médico si éste es incorrecto. A obtener una lista de divulgación no-rutinaria de su información médica. A pedir que se limite algunas de las formas de como usamos ó compartimos su información médica. A pedir que nos comuniquemos con usted a un diferente lugar ó forma. A quejarse si usted creé que DSHS ha violado sus derechos de privacidad. |
| **To file a complaint regarding privacy, contact any of the following:** | **Para entablar una queja con respecto a privacidad, llame a cualquiera de lo siguiente:** |
| Consumer Services/Rights Protection Region VI. Office for Civil Rights Representative (Ombudsman) at Mail Code 1915, PO Box 149347, Austin, TX 78714-09347 or 888-963-7111 or privacy.hipaa@dshs.state.tx.us DSHS Consumer Services & Rights Protection/Ombudsman Office at Mail Code 2019, PO Box 149347, Austin, TX 78713-9347 or at 800-252-8154 U.S. Secretary of Dept. of Health & Human Services, Office for Civil Rights, Region VI at 1301 Young St., Suite 1169, Dallas, TX 75202 or at 800-368-1019, 214-767-8940(TDD), 214-767-0432 (fax). | Servicios al Consumidor/Representante de Región VI, Oficina de Derechos Civiles Proteccion de Derechos (Ombudsman) Mail Code 1915, PO Box 149347, Austin, TX 78714-09347, 888-963-7111 privacy.hipaa@dshs.state.tx.us DSHS Consumer Services & Rights Protection/Ombudsman Office at Mail Code 2019, PO Box 149347, Austin, TX 78713-9347 or at 800-252-8154 U.S. Secretary of Dept. of Health & Human Services, Office for Civil Rights, Region VI at 1301 Young St., Suite 1169, Dallas, TX 75202 or at 800-368-1019, 214-767-8940(TDD), 214-767-0432 (fax). |
| **At this facility**: Client Rights Office, PO Box 318, Rusk, TX 75785 **(903) 683-7682** | **En esta entidad**: Oficina de Derechos de Pacientes P.O. Box 318 Rusk, TX 75785 **(903) 683-7682** |
| **There will be no retaliation for filing a complaint.** | **No habrá represalia por reportar una queja.** |
| For more information, ask for a copy of the Notice of Privacy Practices at: **Client Rights Office (903) 683-7682** | Para más información, pida una copia de el Aviso de las Normas de Privacidad a: **La Oficina de Derechos de los Pacientes (903) 683-7682** |

# To Report Abuse or Neglect Call

# 1-800-647-7418

# Llame para reportar abuso o descuido.

Texas Department of Family and Protective Services
Departamento de Servicios Familiar y de Protección de Texas

| Office of the General Counsel<br>State Bar of Texas<br>Oficina General del Consejo<br>Comité del Estado de Texas | 1-800-932-1900<br>PO Box 12487<br>Austin, TX 78711-2487 |
|---|---|

If you have been involuntarily committed and you believe that your attorney did not prepare your case properly or that your attorney failed to represent your point of view to the judge, you may report the attorney's behavior to the Ethics Committee of the State Bar of Texas.

Si usted ha sido admitido involuntariamente y cree que su abogado no hizo lo que debería haber hecho o que no presentó su punto de vista ante el Juez, usted puede reportar la conducta del abogado al Comité de Etica de Texas.

| Health Facility and Certification Division<br>Departamento de Salud y Division de Certificacion | 1-888-973-0022<br>1100 W. 49th St.<br>Austin, Texas 78711-2668 |
|---|---|

If you want a copy of the laws your rights come from, believe any of your rights have been violated, or have other concerns about your care in this hospital, you may contact the Health Facility Licensure and Certification Division.

Si le gustaría obtener una copia de las leyes donde se originan sus derechos, o cree que algunos derechos han sido violados, o tiene alguna otra queja acerca del cuidado que obtuvo en el hospital, por favor de comunicarse con el Departamento de Salud y Licenciatura y Division de Certificación.

| Relay Texas<br>Transmisión de Mensajes de Texas | 800-735-2988 (TDD) or 800-735-2989 (voice)<br>1100 W. 49th St.<br>Austin, Texas 78711-2668 |
|---|---|

The phone number of Relay Texas is 1-800-735-2989 (TDD) or 1-800-735-2988 (Voice). This service will assist you in contacting the agencies listed above or other phone numbers.

El número de Transmisión de Mensajes de Texas es: 1-800-735-2989 (TDD) ó 1-800-735-2988 (voz). Este número le ayudará a comunicarse con las agencias enlistadas arriba o con otros números de teléfono

## TO MAKE A COMPLAINT TO A LICENSING BOARD
### Como Entablar una Queja al Comite de Licencias

If an employee or health care professional associated with the facility is engaged in illegal, unprofessional, or unethical conduct, you may report it to the appropriate licensing board.

Si un empleado o un professional del cuidado de la salud asociado con esta entidad se envuelve en conducta no professional, o en conducta sin ética, usted puede reportarlo al comité de licencias apropriado.

| English | Español | Phone Number |
|---|---|---|
| Board of Medical Examiners | Comité de Examinadores para Médicos | 1-800-201-9353 |
| Board of Professional Nurse Examiners (RNs & LVNs) | Comité de Examinadores Para Enfermeras profesionales | 1-512-305-7400 or 1-800-821-3205 |
| State Board of Examiners of Psychologists | Comité de Examinadores Para Psicólogos | 512-305-7700 |
| Advisory Board of Occupational Therapists | Comité de Apoyo para Terapistas Ocupacionales | 512-305-6900 |
| Texas State Board of Pharmacy | Comité del Estado de Texas para Farmacéuticos | 512-305-8021 |
| Texas State Board of Social Work Examiners | Comité del Estado de Texas para Trabajadores Sociales | 1-800-232-3162 |
| Texas Commission on Alcohol and Drug Abuse | Comisión de Texas para Abuso de Alcohol y Drogas | 1-800 832-9623 |

Rev 04/11                                                                                                                                              ED-030